LAW OFFICE OF
# FRANK J. MARTONE, P.C.
A PROFESSIONAL CORPORATION
**1455 BROAD STREET**
**BLOOMFIELD, NJ 07003**

---

| | | |
|---|---|---|
| FRANK J. MARTONE ♦<br>JANET SILVER ROSEN *<br>NICHOLAS J. PURCELL<br>♦ALSO ADMITTED IN ILLINOIS<br>* ALSO ADMITTED IN NEW YORK | 973.473.3000 | GENERAL FACSIMILE<br>973.473.3243<br>REAL ESTATE FACSIMILE<br>973.473.7402<br>E-MAIL: FIRM@MARTONELAW.COM |

February 18, 2010

HON. JOSEPH H. RODRIGUEZ
U.S. DISTRICT COURT
4TH & COOPER STREET, ROOM 150
CAMDEN, NJ 08101

    Re:    **UNITED STATES OF AMERICA**
            **V. BRYAN A. KIRALY**
            **Civil Action No.: 10-00677**

Dear Judge Rodriguez:

With regard to the above matter, enclosed please find our Notice of Voluntary Dismissal. Kindly file same at your convenience.

Thank you for your attention.

Very truly yours,
FRANK J. MARTONE, P.C.

*/s/ Frank J. Martone*

Frank J. Martone, Esq.

FJM/mc

Enclosure

FRANK J. MARTONE, P.C.
1455 BROAD STREET
BLOOMFIELD, NJ 07003
973-473-3000
973-473-3243 – FAX

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | HON. JOSEPH H. RODRIGUEZ |
| Plaintiff | Civil Action No.: 10-00677 |
| V. | **NOTICE OF VOLUNTARY DISMISSAL** |
| BRYAN A. KIRALY, | |
| Defendant | |

The UNITED STATES OF AMERICA, plaintiff herein, through its undersigned counsel and pursuant to Rule 41 (A)(1)(1) of the Federal Rules of Civil Procedure, hereby dismisses the action on its own behalf as to the defendant, BRYAN A. KIRALY, without prejudice.

Date: 2/18/10

/s/ Frank J. Martone
Private Counsel to the United States of America

SO ORDERED:

Date:

_____
UNITED STATES DISTRICT COURT JUDGE